**Vojtech Bystricky**
*Attorney and Counselor at Law*
*86 Longview Avenue*
*White Plains, NY 10605-1624*
*Telephone: 914-261-4416, Facsimile: 914-239-4822*
*Email: vbystricky@verizon.net*

July 9, 2007

U.S. DISTRICT COURT
FILED
JUL 1 3 2007
S.D. OF N.Y.  W.P.

Via U.S. Priority Mail

Hon. Lisa Margaret Smith, Chief U.S.M.J.
U.S. District Court, S.D.N.Y.
300 Quarropas Street, Room 428
White Plains, New York 10601

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: _____

Re: Cuzco v. Orion Builders, Inc., Case No. 06 Civ. 2789 (SCR)(LMS)

Dear Judge Smith:

I represent the Defendants in the above-referenced civil action. I am writing to request that your Honor reconsider your Honor's Order of June 22, 2007. The basis for my request is the Defendants' desire to save time and resources, notwithstanding the apparent procedural impediments to this admittedly belated submission of the errata sheet attached herewith as Exhibit A.

My client Mr. Kvas believes the indicated answers given during his deposition testimony on October 23 & 24 are simply not true. Indeed, he will testify to exactly the opposite of what he said in those depositions with regard to the indicated questions. Mr. Kvas has realized the nature of Mr. Werner's questions only **after** his understanding of the issues involved as explained during the last conference before the Court. Mr. Kvas now realizes that "minimum wage" is a complex concept as contemplated by all the applicable provisions of the federal and state labor laws. He now understands that "minimum wage" does not refer merely to a $5.15 - $6.00/hr minimum wage.

Accordingly, my client respectfully requests permission to amend his answers to comport with what he believes to be the truth. In the alternative, we respectfully request, pursuant to Federal Rule of Civil Procedure 30(a)(2)(A), a leave of the Court to further depose Mr. Kvas. Mr. Kvas is prepared to cover the attendant costs.

In essence, Mr. Kvas will testify as follows:

Question 1: Did you pay Mr. Cuzco and all other workers the federally and state required minimum base pay of $5.15 to $6.00 per hour during all relevant times?

Answer: Yes.

Question 2: Did you pay Mr. Cuzco and all other workers one and a half time the base pay

*[handwritten margin note, left side:]* Deemed letter motion. Motion denied. No reconsideration is necessary or appropriate. Defendant may, at his own cost, conduct a further examination (deposition) of Mr. Kvas, on the subject matter included in much examination. ... 7/13/07

for all hours worked in access of 40 hours during any workweek during all relevant times?

Answer:       Yes.

Question 3.   Did you pay Mr. Cuzco and all other workers one extra hour at the minimum base hourly rate for any day when the worker worked more that ten hours during all relevant times?

Answer:       Yes.

Question 4.   During the relevant times, did you ever pay Mr. Cuzco and all other workers any bonus?

Answer:       Yes.


Mr. Kvas will also readily admit that until the above-reference conference before your Honor, he did not fully understand exactly how a trade custom of a so-called "flat" RATE evolved or even how exactly it complied with the federal and state labor laws. Mr. Kvas is not a legal expert or even an accountant. It is respectfully submitted that a *scienter* on his part is not a required element of compliance. The law does not require a knowing compliance, only compliance. Nevertheless, Mr. Kvas now fully understands that by adopting a trade custom "RATE", listed as such on his time sheets, he was indeed in full compliance with all federal and state labor laws.

To demonstrate how this trade custom "RATE" works Mr. Kvas re-examined a few sample Time Sheets and Checks of Mr. Cuzco. Durint these periods the Plaintiff worked both more the 40 hours in a week and more than 10 hours on some of the days. The resulting calculations, including the application of an independent contractor bonus, are attached herewith as Exhibit B. Using very specific examples, already in the record in the instant case, my client demonstrates exactly how this trade custom "RATE" of payment to workers covered both employee and independent contractor status alternatives.

We respectfully submit to the Court that it would be much simpler and, indeed more efficient and less costly, to permit Mr. Kvas to submit the attached errata sheet. Nevertheless, as indicated above, Mr. Kvas is prepared to be deposed again. He believes his testimony must reflect the truth as reflected by the numbers already in the record – the Time Sheets & Checks to the Plaintiff and all other workers.


Very truly yours,

Vojtech Bystricky (VB-8934)
        Attorney for Defendants

cc:       Daniel Werner, Attorney for Plaintiff

 BINDING PRODUCTS 800.926.1411

ERRATA SHEET

Re: SAUL MARCELO CUZCO v. ORION  BUILDERS, INC. and Jan  Kvas

The following corrections, additions or deletions were noted on the transcript of the testimony that I gave in the above-captioned matter, held on October 23, 2006.

| PAGE(S): | LINE(S): | SHOULD READ: |
|---|---|---|
| 23 | 6-10 | Slavic languages – I am familiar with the essence of Slavic languages, like Polish and – but I do not -- and Czech.  But I do not conduct any discourse in those languages, but they are related. |
| 116 | 22-23 | Yes. |
| 117 | 3-6 | Yes. |
| 117 | 11-14 | What is the question? |
| 118 | 24 | Yes. |
| 119 | 4 | Yes, if by "regular" rate you mean the $8.50 to $12.00 an hour paid my workers.  This RATE included a base hourly wage of $5.15 to $6.00 an hour for up to 40 hours a week, plus one and one-half times that amount for overtime, if any, plus some other amounts. |
| 119 | 8 | Yes, if by "flat" rate you mean the $8.50 to $12.00 an hour  paid my workers.  This RATE included a base hourly wage of $5.15 to $6.00 an hour for up to 40 hours a week, plus one and one-half times that amount for overtime, if any, plus some other amounts. |
| 119 | 15 | Yes, because as I just told you, the flat rate that I paid my workers always included all the minimum required wages plus a little extra. |
| 120 | 13-15 | Yes. |
| 120 | 21 | Yes. |
| 121 | 6 | Yes. |
| 121 | 11-12 | Yes. |
| 121 | 21 | No.  The answer is "I did pay an extra hour at the minimum wage. |
| 122 | 8 | No. |

The following corrections, additions or deletions were noted on the transcript of the testimony that I gave in the above-captioned matter, held on October 24, 2006.

| 315 | 18 | Yes. |
|---|---|---|

_____
Jan Kvas

Subscribed and sworn to before me
this_____day of _____ 2007

Worker: Saul Marcelo Cuzco                                    Week of:   04.07.2003

**Time Sheet**

| Hours worked during the week of 04.07.2003 | | | | | | |
|------|------|------|------|------|------|------|
| Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | Total hours |
| ---- | 10.50 | ---- | 10.50 | ---- | ---- | 21.00 |

| **Check No. 1088** | Amount: | **$672.00** | |
|-----|-----|-----|-----|
| | | $493.00 | |
| | | $179.00 | ➔ Payment for the week of 04.07.2003. |

**Calculations for**

| Independent contractor | | total hours | | flat /hr rate | total $ |
|-----|-----|-----|-----|-----|-----|
| | Total hours | 21.00 | | $8.50 | $178.50 |

(payment rounded off to **$179.00**)

**Calculations for**

| Employee | | total hours | | base /hr rate | total $ |
|-----|-----|-----|-----|-----|-----|
| | upto 40 hrs | 21.00 | base pay | $5.15 | $108.15 |
| | over 40 hrs | 0.00 | overtime | $7.73 | $0.00 |
| | under NYSLL | 0.00 | spread of hours | $5.15 | $0.00 |
| | Total minimum wage required under FLSA/NYSLL | | | | **$108.15** |

**Calculations for**

| Bonus | |
|-----|-----|
| Independent contractor agreement wage | $179.00 |
| Employee minimum wage | -$108.15 |
| Bonus | **$70.85** |

For the week of 04.07.2003 Mr. Cuzco was paid the required FLSA/NYSLL minimum wage of **$108.15** plus a bonus of **$70.85** for a total of **$179.00**.

**Worker: Saul Marcelo Cuzco**                                      **Week of:   04.14.2003**

### Time Sheet

| Hours worked during the week of 04.14.2003 | | | | | | |
|---|---|---|---|---|---|---|
| Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | Total hours |
| **$11.00** | **11.00** | **$11.00** | **$11.00** | **$5.00** | **9.00** | **58.00** |

| Check No. 1088 | Amount: | **$672.00** | |
|---|---|---|---|
| | | $179.00 | |
| | | $493.00 | → Payment for the week of 04.14.2003. |

### Calculations for
**Independent contractor**

| | total hours | | flat /hr rate | total $ |
|---|---|---|---|---|
| Total hours | **58.00** | | $8.50 | **$493.00** |

### Calculations for
**Employee**

| | total hours | | base /hr rate | total $ |
|---|---|---|---|---|
| upto 40 hrs | 40.00 | base pay | $5.15 | $206.00 |
| over 40 hrs | 18.00 | overtime | $7.73 | $139.05 |
| under NYSLL | 4.00 | spread of hours | $5.15 | $20.60 |
| Total minimum wage required under FLSA/NYSLL | | | | **$365.65** |

### Calculations for
**Bonus**

| | |
|---|---|
| Independent contractor agreement wage | $493.00 |
| Employee minimum wage | -$365.65 |
| Bonus | **$127.35** |

For the week of 04.14.2003 Mr. Cuzco was paid the required FLSA/NYSLL minimum wage of **$365.65** plus a bonus of **$127.35** for a total of **$493.00**..

# WEEKLY TIME SHEET

**NAME**  Marcelo Cuzco.

|  | DATE | JOB NAME | START | END | TOTAL |  |
|---|---|---|---|---|---|---|
| MON | 14/4/03 | YorKTown. | 7:00 | 6:00 | JJ. |  |
| TUE | 15/4/03 | \| \| | 7:00 | 6:00 | J J |  |
| WEN | 16/4/03 | / / | 7:00 | 6:00 | J J |  |
| THU | 17/4/03 | [ / | 7:00 | 6:00 | J J |  |
| FRI | 18/4/03 | \| \| | 7:00 | 12:00 | 5 |  |
| SAT | 19/4/03 | / / | 7:00 | 4:00 | 9 |  |
| SAN |  |  |  |  |  |  |

| TOTAL | RATE | AMOUNT |
|---|---|---|
| 58 | 8.50. | 493. |

# WEEKLY TIME SHEET

NAME | Marcelo Cuzco.

|  | DATE | JOB NAME | START | END | TOTAL |  |
|---|---|---|---|---|---|---|
| MON | 7/5/03 | Yorktown. | | | | |
| TUE | 8/5/03 | #5. | 7:00 | 6:00 | 10½. | |
| WEN | 9/5/03 | '' | | | | |
| THU | 10/5/03 | '' | 7:00 | 6:00 | 10½. | |
| FRI | 11/5/03 | '' | | | | |
| SAT | 12/5/03 | '' | | | | |
| SAN | | | | | | |

| TOTAL | RATE | AMOUNT |
|---|---|---|
| 21. | $8.50. | 178,5 |

**JAN KVAS DBA ORION CARPENTRY** 296904                                          1088
PH: 845-628-7617
669 LONG POND RD                                                                 1-106/210
MAHOPAC, NY 10541-3339
                                                          05/09/03
                                                                    DATE

PAY TO THE
ORDER OF    Marcelo Cuzco                                        $ 672.00

SIX HUNDRED SEVENTY TWO AND ~ 00/100   DOLLARS

**HSBC**
HSBC Bank USA  Ossining, NY 10562

FOR  4/7 -12    4/19 -19

⑂021001088⑂ 483789135⑂ 1088      ⑂000006 7200⑂

Worker: Saul Marcelo Cuzco                                    Week of:   09.27.2004

**Time Sheet**

| Hours worked during the week of 09.27.2003 | | | | | | |
|---|---|---|---|---|---|---|
| Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | Total hours |
| ---- | ---- | $10.00 | 6.50 | $10.50 | | 27.00 |

| **Check No. 1567** | Amount: | $940.00 | |
|---|---|---|---|
| | | $291.00 | → Payment for the week of 09.17.2004. |
| | | $649.00 | |

**Calculations for**

| Independent contractor | | total hours | | flat /hr rate | total $ |
|---|---|---|---|---|---|
| | Total hours | 27.00 | | $11.00 | $297.00 |

(payment rounded off to **$291.00**)

**Calculations for**

| Employee | | total hours | | base /hr rate | total $ |
|---|---|---|---|---|---|
| | upto 40 hrs | 27.00 | base pay | $5.15 | $139.05 |
| | over 40 hrs | 0.00 | overtime | $7.73 | $0.00 |
| | under NYSLL | 0.00 | spread of hours | $5.15 | $0.00 |
| | Total minimum wage required under FLSA/NYSLL | | | | $139.05 |

**Calculations for**

| Bonus | |
|---|---|
| Independent contractor agreement wage | $291.00 |
| Employee minimum wage | -$139.05 |
| Bonus | $151.95 |

For the week of 09.27.2004 Mr. Cuzco was paid the required FLSA/NYSLL minimum wage of **$139.05** plus a bonus of **$151.95** for a total of **$291.00**.

Worker: Saul Marcelo Cuzco                                      Week of:   10.04.2004

**Time Sheet**

| Hours worked during the week of 10.04.2004 | | | | | | |
|---|---|---|---|---|---|---|
| Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | Total hours |
| $11.00 | 11.00 | $11.00 | $8.50 | $11.00 | 6.50 | 59.00 |

| **Check No. 1567** | Amount: | $940.00 | |
|---|---|---|---|
| | | $291.00 | |
| | | $649.00 | → Payment for the week of 10.04.2004. |

**Calculations for**

| Independent contractor | | total hours | | flat /hr rate | total $ |
|---|---|---|---|---|---|
| | Total hours | 59.00 | | $11.00 | $649.00 |

**Calculations for**

| Employee | | total hours | | base /hr rate | total $ |
|---|---|---|---|---|---|
| | upto 40 hrs | 40.00 | base pay | $5.15 | $206.00 |
| | over 40 hrs | 19.00 | overtime | $7.73 | $146.87 |
| | under NYSLL | 4.00 | spread of hours | $5.15 | $20.60 |
| | Total minimum wage required under FLSA/NYSLL | | | | $373.47 |

**Calculations for**

| Bonus | | |
|---|---|---|
| | Independent contractor agreement wage | $649.00 |
| | Employee minimum wage | -$373.47 |
| | Bonus | $275.53 |

**For the week of 10.04.2004 Mr. Cuzco was paid the required FLSA/NYSLL minimum wage of $373.47 plus a bonus of $275.53 for a total of $649.00.**

# WEEKLY TIME SHEET

NAME   Marcelo Cuzco

|  | DATE | JOB NAME | START | END | TOTAL |  |
|---|---|---|---|---|---|---|
| MON | 9/27/04 |  |  |  |  |  |
| TUE | 9/28/04 |  |  |  |  |  |
| WEN | 9/29/04 |  |  | 10:02 |  |  |
| THU | 9/30/04 |  |  | 6½ |  |  |
| FRI | 10/1/04 |  |  | 10½ |  |  |
| SAT | 10/2/04 |  |  |  |  |  |
| SAN |  |  |  |  |  |  |

| TOTAL | RATE | AMOUNT |
|---|---|---|
| 27 | $11 | $297 |

265   11   291

# WEEKLY TIME SHEET

NAME   Marcelo Cuzco.

| | DATE | JOB NAME | START | END | TOTAL | |
|---|---|---|---|---|---|---|
| MON | 4/10/04 | | | 11 | | |
| TUE | 5/10/04 | | | 11 | | |
| WEN | 6/10/04 | | | 11 | | |
| THU | 7/10/04 | | | 8½ | | |
| FRI | 8/10/04 | | | 11 | | |
| SAT | 9/10/04 | | | 6½ | | |
| SAN | | | | | | |

| TOTAL | RATE | AMOUNT |
|---|---|---|
| 59 | $11 | $649 |

649

**JAN KVAS DBA ORION CARPENTRY**
PH. 845-223-7072
22 HIGH RIDGE ROAD 34658 12 110804
HOPEWELL JUNCTION, NY 12533-5559

1567

1-108/210

DATE 10/21/04

PAY TO THE
ORDER OF   Marcelo   Cuzco                          $ 940,00

NINE HUNDRED FORTY AND ~~~~~ 00/100   DOLLARS 🔒   Security Features Details on Back

**HSBC** ◆X◆

HSBC Bank USA Ossining, NY 10562

FOR   9/27 - 10/9

⑈021001088⑈483789135⑈ 1567   ⑈0000094000⑈

© HARLAND 2001